**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT J. PITTS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. MCLEAN, CHIEF OF POLICE, LEXINGTON POLICE DEPARTMENT,<br><br>Defendant. | Case No. 1:26-cv-13441-JCB |

**DEFENDANT MICHAEL A. MCLEAN'S MOTION TO DISMISS**

Defendant Michael A. McLean, Chief of Police for Lexington, Massachusetts (the "Chief") moves that the Court dismisses the complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7). After suing in state court to overturn the Chief's denial of his firearms license application and losing, Plaintiff Robert J. Pitts now asks the federal court to come to a different conclusion.

Dismissal is warranted under all three rules. First, under Rule 12(b)(1), because this Court lacks jurisdiction over lawsuits that, like this one, are effectively appeals of adverse state-court decisions. Second, Rule 12(b)(6): if this Court exercises jurisdiction, it will find that the lawsuit is meritless. Most importantly, claim preclusion prevents Pitts from bringing new claims over the denial of his firearms license, and issue preclusion prevents him from relitigating whether that denial was lawful. Third, under Rule 12(b)(7), because judicial immunity makes it impossible to join the state courts. Because Pitts's due process claim attacks them for conduct that goes to the heart of their judicial authority, they are a required and indispensable party.

For these reasons, as explained in more detail in the accompanying Memorandum, the complaint must be dismissed.

REQUEST FOR ORAL ARGUMENT

The Chief believes that argument would aid the Court in its consideration and decision, and respectfully requests that the Court hear oral argument on this motion.

MICHAEL A. MCLEAN, CHIEF OF THE
LEXINGTON POLICE DEPARTMENT,

By his attorneys,

*/s/ Paul M. Kominers*

Christina S. Marshall (BBO #688348)
Paul M. Kominers (BBO #654357)
Matthew R. Bowser (BBO #710769)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6500
cmarshall@andersonkreiger.com
pkominers@andersonkreiger.com
mbowser@andersonkreiger.com

DATED: September 17, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel for each of the parties conferred via telephone on September 4, 2026, in a good-faith effort to resolve or narrow the issues presented in this motion.

*/s/ Paul M. Kominers*
Paul M. Kominers